# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:10-cr-00002 |
| v. | ORDER |
| GARY LEE RIMMER,<br>*Defendant*. | JUDGE NORMAN K. MOON |

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation on the Defendant's plea of guilty (docket no. 35). The Court referred this case to United States Magistrate Judge B. Waugh Crigler pursuant to 28 U.S.C. § 636(b)(3) to conduct a plea hearing (docket no. 28). The hearing was conducted on July 30, 2010, and based upon his findings at the hearing, the Magistrate Judge issued the instant Report and Recommendation on August 3, 2010 that the Court accept the Defendant's plea of guilty to Counts One and Two of the Superseding Indictment. There are no objections to the Report and Recommendation.

Accordingly, the Court ADOPTS the Magistrate Judge's Report and Recommendation without change, and ACCEPTS the Defendant's plea of guilty to Counts One and Two of the Superseding Indictment.

Defendant is scheduled for sentencing on November 1, 2010 at 10:00 a.m.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record and to the U.S. Probation Office.

Entered this 23rd day of August, 2010.

                                         NORMAN K. MOON
                                         SENIOR UNITED STATES DISTRICT JUDGE