VIRGINIA: IN THE CIRCUIT COURT FOR THE COUNTY OF ALBEMARLE

COMMONWEALTH OF VIRGINIA

v.  CR19000915-00

GARY LEE RIMMER

## PLEA AGREEMENT

THIS DAY CAME the Parties in interest and represented to the Court that they have entered into the following Plea Agreement in accord with Rule 3A:8(c)(1)(C).

1. Mr. Rimmer stands charged in this Court with the following offense:

   **CR19000915-00: One (1) count of Using a Computer System to Facilitate a Crime Against a Child, in violation of Virginia Code §18.2-374.3 (OBS-3702-F9)**

2. Mr. Rimmer will plead guilty to the offense as charged.

3. The parties agree that the appropriate disposition of this matter is:

   **Mr. Rimmer will receive a sentence of twenty (20) years, with all time but five (5) years suspended, which is a mandatory minimum, conditioned on his good behavior for a period of twenty (20) years, no contact, direct or indirect, with S.S. or her family, not coming within 250 feet of the person or residence of S.S. There is no agreement as to probation and other terms and conditions of the suspended portion of the sentence will be submitted to the Court.**

4. HEI eligibility is left up to the Albemarle County Regional Jail and Department of Corrections.

5. Pursuant to this agreement, the Defendant agrees that he will receive a sentence of eighteen (18) months (the high end of his guidelines) on his pending violation of supervised release in the Western District of Virginia.

6. This Plea Agreement is the total agreement between the parties. There have been no other inducements, promises, or coercion of any kind neither imposed upon Mr. Rimmer nor suggested to him by the Attorney for the Commonwealth or any agent of the Commonwealth.

7. Mr. Rimmer is pleading guilty pursuant to *North Carolina v. Alford*, 400 U.S. 25 (1970).

8. In accordance with Virginia Code §19.2-11.01, the victim has been informed of and consulted regarding the contents of this Plea Agreement.

9. In this case, a previous Plea Agreement has not been submitted to a Judge of this Court.

WE ASK FOR THIS:

_____
Gary Lee Rimmer
*Defendant*

_____ 2/14/22
Norman Lamson, Esq.
*Counsel for Gary Lee Rimmer*

_____
Holly R. Vradenburgh, Esq.
*Counsel for the Commonwealth*

ACCEPTED/REJECTED

_____
Judge

_____ 2/2/22 _____
Date