Case # **19-915**   Court Reporter **Lane's**
Judge **Worrell**   Comm. Atty. **Vredenbis**   Date **2/2/2022**
COMMONWEALTH OF VIRGINIA VS. **GARY LEE RIMMER**

Address _____

Birth Date _____ SS# _____   Race **W**
Sex **M**   Height _____   Weight _____   (Jail) Bail
Attorney **N. Lamson**   (Retained) / Appointed
Charge(s) **Propose sex w/comp. / < 15 yr / offnd. +7**
Plea **ALFORD - GUILTY**   Plea Agreement **YES/Alford Accepted**
Jury _____ at request of _____
Jurors: _____

**Δ is on Federal probation in W. Dist. Va.**

Verdict of Jury _____

*******************************************************

Finding of Court **Court accepts Δ's Alford plea, finds Δ guilty; ct. accepts plea agreement**
Motions **Court defers sentencing until after sentencing on Federal probation violation — Com. motion to defer sentencing - GRANTED**
Sentencing on **March 30, 2022** at **1:30 p.** am/pm

| COMMONWEALTH WITNESSES | DEFENSE WITNESSES |
|---|---|
| | |